**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CORY STEVEN GRAY**                                                                          **PLAINTIFF**

**v.**                            **4:11-cv-00286-BRW-JTK**

**CHARLES HOLLADAY, et al.**                                                **DEFENDANTS**

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that Defendant Holladay is DISMISSED from Plaintiff's Complaint, for failure to state a claim.

IT IS SO ORDERED this 1st day of June, 2011.

                                                  /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE