**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CORY STEVEN GRAY                                                                                    PLAINTIFF

v.                                          4:11-cv-00286-BRW-JTK

CHARLES HOLLADAY, et al.                                                                    DEFENDANTS

## **ORDER**

On May 11, 2011, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendants (Doc. No. 9). Summons was returned, unexecuted, with respect to Defendant Raymond Mauldin on June 1, 2011 (Doc. No. 23). Defendants shall file with the Court the last-known address of Defendant Mauldin within ten days of the date of this Order.

IT IS SO ORDERED this 9th day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE