# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CORY STEVEN GRAY,
ADC #149532                                                                                               PLAINTIFF

v.                                         4:11-cv-00286-BRW-JTK

CHARLES HOLLADAY, et al.                                                                         DEFENDANTS

## ORDER

By Order dated May 11, 2011, this Court directed the issuance of summons and service of Plaintiff's Amended Complaint on Defendants (Doc. No. 9). Summons was returned, unexecuted, with respect to Defendant Mauldin on June 1, 2011 (Doc. No. 23). This Court then directed Defendants to file the last-known address of Defendant, by Order dated June 9, 2011 (Doc. No. 26). Defendants have now filed such under seal (Doc. Nos. 32, 33). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Raymond Mauldin, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 8) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 22nd day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE