IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CORY STEVEN GRAY,                                                                                    PLAINTIFF
ADC #149532

v.                                       4:11-cv-00286-BRW-JTK

CHARLES HOLLADAY, et al.                                                                        DEFENDANTS

## ORDER

Defendant Molden's Motion to Extend the Discovery and Dispositive Motions Deadlines (Doc. No. 43) is GRANTED. The new discovery deadline is March 13, 2012, and the new motions deadline is April 12, 2012. No further extensions will be permitted.

IT IS SO ORDERED this 23rd day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE