**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CORY STEVEN GRAY                                                                                    PLAINTIFF

v.                                              4:11-cv-00286-BRW-JTK

CHARLES HOLLADAY, et al.                                                                    DEFENDANTS

## ORDER

Defendant Raymond Molden, through his attorney, has answered and supplied his correct name (Doc. No. 39). The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 2nd day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE