# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CORY STEVEN GRAY                                                                                      PLAINTIFF

v.                                          4:11-cv-00286-BRW-JTK

CHARLES HOLLADAY, et al.                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Molden's Motion for Summary Judgment (Doc. No. 57) is GRANTED and Plaintiff's Complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 24th day of August, 2012.


                                                                /s/Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE