**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CORY STEVEN GRAY                                                                                    PLAINTIFF

v.                                             4:11-cv-00286-BRW-JTK

CHARLES HOLLADAY, et al.                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of August, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE