**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CORY STEVEN GRAY                                                                             PLAINTIFF

v.                                          4:11-cv-00286-BRW-JTK

CHARLES HOLLADAY, et al.                                                              DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of August, 2012.


                                                     /s/Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE